United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT and SALLY JEWELL, Secretary of the Department of the Interior,<br><br>Defendants. | Case No.: C 13-01749 PSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**(Re: Docket No. 10)** |

On May 14, 2013, the parties filed a stipulation requesting the May 28, 2013 case management conference be continued to the same day as the hearing on remedy in the related case *Center for Biological Diversity et. al. v. U.S. Bureau of Land Management*, Case No. 11-cv-06174 PSG. As the remedy hearing has been set for July 16, 2013, the case management conference in this case should be held on the same date. Accordingly,

IT IS HEREBY ORDERED that the case management conference shall be continued to July 16, 2013 at 10:00 AM. The parties should come prepared to discuss the merits of consolidating the two related cases.

1

Case No.: 13-1749 PSG
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS SO ORDERED.

Dated: May 15, 2013

                                  PAUL S. GREWAL
                                  United States Magistrate Judge

2

Case No.: 13-1749 PSG
ORDER CONTINUING CASE MANAGEMENT CONFERENCE