IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>  v.<br><br>SALLY JEWELL, Secretary of the Department of the Interior, and THE BUREAU OF LAND MANAGEMENT<br><br>    Defendants. | Case No. CV-13-01749-PSG<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, on April 18, 2013, Plaintiffs filed their Complaint in this action;

WHEREAS, on April 23, 2013, the Court issued an order setting this matter for a case management conference for May 28, 2013, and requiring the parties to tender a case management statement no later than May 21, 2013;

WHEREAS, on May 14, 2013, the Parties filed a stipulation requesting the May 28, 2013, case management conference be continued to the same day as the hearing on remedy in the related case of *Center for Biological Diversity et al. v. U.S. Bureau of Land Management.*, No. 11-cv-06174-PSG;

WHEREAS, on May 15, 2013, this Court in 11-cv-06174-PSG set the hearing on remedy for July 16, 2013;

WHEREAS, on May 15, 2013, this Court ordered that the case management conference in 13-cv-01749-PSG be continued to July 16, 2013;

WHEREAS, at the request of the Parties, on May 21, 2013, this Court in 11-cv-06174-PSG ordered that a hearing on the issue of remedy be re-set for August 6, 2013;

WHEREAS, in the May 21, 2013, order in 11-cv-06174-PSG, this Court also directed the Parties to "file a stipulated request in *Center for Biological Diversity v. Jewell*, Case No. 13-01749, to reset the case management conference in that case for the same date as the remedy hearing in" 11-cv-06174-PSG;

THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the undersigned parties hereby stipulate as follows:

The Parties respectfully request that the case management conference, set for July 16, 2013, be vacated and re-set for August 6, 2013, with a case management statement due 7 days before the case management conference.

SO STIPULATED.

FOR THE PLAINTIFFS:

Dated: May 22, 2013

  /s/ David R. Hobstetter
David R. Hobstetter (CA Bar No. 277344)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682 x321
Facsimile: (415) 436-9683
Email: dhobstetter@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Nathan Matthews (CA Bar No. 264248)
Sierra Club
85 2nd St., Second Floor
San Francisco, CA 94105
Phone: (415) 977-5695
Facsimile: (415) 977-5793
Email: Nathan.Matthews@sierraclub.org

Attorneys for Plaintiffs
CENTER FOR BIOLOGICAL DIVERSITY and
SIERRA CLUB

FOR THE FEDERAL DEFENDANTS:

Dated: May 22, 2013

Ignacia S. Moreno

Assistant Attorney General

 /s/ Romney S. Philpott
Romney S. Philpott (Colo. Bar No. 35112)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0258
Facsimile: (202) 305-0274
romney.philpott@usdoj.gov

Attorneys for Defendants
BUREAU OF LAND MANAGEMENT and SALLY JEWELL, Secretary of the Interior

---

I, David R. Hobstetter, pursuant to Electronic Case Filing General Order 45X, attest that Romney S. Philpott has concurred in and authorized the filing of this Stipulated Request to Continue Case Management Conference.

/s/ David R. Hobstetter
David R. Hobstetter
Attorney for Plaintiffs

---

IT IS SO ORDERED.
5.24.13

_____
PAUL S. GREWAL
U.S. MAGISTRATE JUDGE